

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00459-CV

**Melissa Ford Bierwirth**

**v.**

**AH4R I TX, LLC**

NO. 1027657 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 12/01/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 11/28/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 02/02/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 11/18/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 11/18/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/18/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/18/2013 | E-PAID | ANT |
| SUPP CLK RECORD | $47.00 | 10/22/2013 | NOT PAID | ANT |
| MT FEE | $10.00 | 10/21/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/21/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/23/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/23/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/23/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/23/2013 | E-PAID | ANT |
| FILING | $175.00 | 07/19/2013 | PAID | ANT |
| CLK RECORD | $170.00 | 07/03/2013 | PAID | ANT |

| E-TXGOV FEE | $5.00 | 06/28/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 06/26/2013 | E-PAID | ANT |

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $512.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

IN TESTIMONY WHEREOF, witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 27, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**